1

2

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES KYLE PECK,

                                    Plaintiff,

        v.

STATE OF WASHINGTON,

                                    Defendant.

No. 3:15-CV-05917-RBL-DWC

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

        The Court, having reviewed the Report and Recommendation of Magistrate Judge David

W. Christel, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and **ORDER**:

      1)      The Court adopts the Report and Recommendation.

      2)      Plaintiff's Motion for a Temporary Restraining Order is DENIED.

      3)      The Clerk is directed to send copies of this Order to Plaintiff, counsel for
                Defendants, and to the Hon. David W. Christel.

**DATED** this 21st day of January, 2016.



Ronald B. Leighton (as auth/dn)
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1