UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES KYLE PECK,

                Plaintiff,

   v.

STATE OF WASHINGTON et al.,

                Defendants.

No. 3:15-CV-05917-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel on Plaintiff Peck's Amended Complaint, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation [Dkt. #15].

(2)    This action is dismissed with prejudice and all pending motions (Second Motion for Temporary Restraining Order, Dkt. 10 at 7-12; Second Motion for Service, Dkt. 10 at 13-14; and Motion and Declaration for Update, Dkt. 12) are denied.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 29th day of February, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1